Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 644-2802
(800) 536-1071 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COLIN GRAHAM MEGLITSCH, )
)
    Plaintiff, ) Case No. 3:20-cv-00190-JWS
)
)
SOUTHCENTRAL FOUNDATION, )
)
    Defendant. )
_____)

**SCHEDULING AND PLANNING CONFERENCE REPORT**

**I.    Meeting.**

    In accordance with Rules 16(a) and 26(f), Federal Rules of Civil Procedure, and with Local Civil Rules 16.1 and 26.1(b), the parties conferred on October 26, 2020; the following persons participated:

    Isaac Derel Zorea, Attorney for Plaintiff Colin Graham Meglitsch.

    Danielle M. Ryman, for Defendant Southcentral Foundation.

The parties recommend the following:

*Meglitsch v. Southcentral Foundation*:
Joint Scheduling and Planning Conference Report     Page -1-

**II. Discovery Plan.**

    **A.    Timing, Form and Disclosure Requirements.** Please refer to Rule 26(f)(3)(A), Federal Rules of Civil Procedure. Are there changes that the parties are proposing to that rule for this case under Rule 26(a)?

        Yes    No X

    **B.    Initial Disclosures / Preliminary Witness Lists.**

        1.    The information required by Rule 26(a)(1), Federal Rules of Civil Procedure:

           ☐    Has been exchanged by the parties.

           ■    Will be exchanged by the parties on or before: November 23, 2020.

        2.    Preliminary witness lists:

           ☐    Have been exchanged by the parties.

           ■    Will be exchanged by the parties on or before January 25, 2021.

        3.    Disclosure Statement. The disclosure requirements of Rule 7.1, Federal Rules of Civil Procedure:

           ■    Have been complied with.

           ☐    Compliance will be accomplished on or before [date].

           ☐    Rule 7.1 is not applicable.

**C. Subjects and Timing of Discovery.** See Rule 26(f)(3)(B), Federal Rules of Civil Procedure.

1. List the subjects on which discovery may be needed:

2. Should discovery be conducted in phases or limited to or focused on particular issues? ☐ Yes ■ No.

3. Absent good cause, the proposed date for completion of all discovery should be no later than twelve months from the date of this report.

4. Final Discovery Witness List. A final discovery witness list disclosing all lay witnesses whom a party may wish to call at trial shall be served and filed on April 26, 2021.

5. Close of Fact Discovery. Fact discovery will be completed on or before September 27, 2021.

6. Expert Discovery. See Rule 26(a)(2), Federal Rules of Civil Procedure.

    (a) Expert witnesses shall be identified by each party on or before June 21, 2021, and each party may identify responsive supplemental expert witnesses within 14 days thereafter.

    (b) Expert disclosures (reports) required by Rule 26(a)(2) will be disclosed:

        (i) By all parties on or before [date]; or

By plaintiff(s) on or before July 6, 2021, and by defendant(s) on or before July 12, 2021;

  (ii) Rebuttal reports on or before 30 days from the service of the report being rebutted.

 (c) Expert witness discovery (include depositions) shall be completed by: September 20, 2021 [see paragraph C.3 above].

**D.** **Preserving Discovery and Electronically Stored Information (ESI)**

 1. Are there issues about the disclosure, discovery, or preservation of ESI, including the form or format in which it should be produced? See Rule 26(f)(3)(C), Federal Rules of Civil Procedure.

 Yes ☐ No ■

 2. Please state how ESI should be produced:

 *Electronically stored information, if any, will be produced in hard copy or will be electronically imaged for production.*

 3. Are there issues with preserving non-ESI discovery?

 Yes ☐ No ■

**E.** **Claims of Privilege or Protection of Attorney Work Product** See Rule 26(f)(3)(D), Federal Rules of Civil Procedure.

 ■ There is no indication that this will be an issue.

 ☐ The parties have entered into a confidentiality agreement.

☐ The parties will file their proposed confidentiality agreement on or before: [date].

F. **Limitations on Discovery.** See Rule 26(f)(3)(E), Federal Rules of Civil Procedure.

1. ■ The limitations contained in Rules 26(b), 30, and 33, Federal Rules of Civil Procedure, and in Local Civil Rules 30.1 and 36.1, will apply except as indicated below.

2. ☐ The maximum number of depositions by each party will not exceed [number].

    (a) ☐ Depositions will not exceed [number] hours as to any deponent.

    (b) ☐ Depositions will not exceed [number] hours as to non-party deponents.

    (c) ☐ Depositions will not exceed [number] hours as to party deponents.

3. ☐ The maximum number of interrogatories posed by each party will not exceed [number].

4. ☐ The maximum number of requests for admissions posed by each party will not exceed [number].

5. ☐ Other limitations: [insert other limitations].

**G. Supplementation of Disclosures and Discovery Responses.** Please refer to Rule 26(e)(1) and (e)(2), Federal Rules of Civil Procedure. Do the parties request that the Court enter an order that is different from these rules (e.g. supplementation at 30-day intervals)?

☐ Yes ■ No   [If yes, explain: ]

## III. Pretrial Motions.

**A. Are there preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of limitation that should be filed within 60 days?**

Yes ☐ No ■   [If yes, explain: ]

**B. Motions must be served and filed within the times specified in applicable rules.** Complete the following only if the parties are proposing deadline(s) that are different from the applicable rules:

1. Motions to amend pleadings or add parties will be filed not later than December 28, 2020. Thereafter, a party must seek leave of the Court to modify this deadline. See Rule 16(b)(3)(A) and (4), Federal Rules of Civil Procedure.

2. Motions under the discovery rules will be filed not later than November 22, 2021.

3. Dispositive motions (including motions for summary judgment) will be filed not later than January 26, 2022.

4. Motions to exclude expert testimony shall be filed and served not later than November 22, 2021.

## IV. Trial.

**A. The case is expected to take 6 days to try.**

**B. Has a jury trial been demanded?** Yes ☐ No ■

**C. Is the right to jury trial disputed?** Yes ☐ No ■

**D. The parties ☐ do / ■ do not request the scheduling of a trial date at this time.**

1. If a trial date is requested at this time, the parties' report shall include a minimum of three alternative dates for the start of the trial, at least two of which are 5 to 7 months from the close of all discovery.

2. If a trial date is not established at this time, the court will call upon the parties to certify that the case is ready for trial as provided in Local Civil Rule 40.1(b).

## V. Other Provisions.

**A. Court Conference.** The parties ☐ do / ■ do not request a conference with the court before entry of a scheduling order.

**B. Consent to Proceed before a Magistrate Judge.**

The parties ☐ do / ■ do not consent to trial before a magistrate judge.

C. **Early Settlement / Alternative Dispute Resolution.**

    1. Do the parties request immediate assistance by way of a settlement conference or alternative dispute resolution?

    Yes ☐ No ■

    2. Do the parties wish to consider private mediation or a settlement conference with a judicial officer of this court at a later date?

    Yes ☐ No ■

D. **Related Cases.** Are the parties aware of any related cases as defined by Local Civil Rule 16.1(e)? Yes ☐ No ■

VI. **Report Form.**

A. **Have the parties experienced a problem in using this form?**

    Yes ☐ No ■

B. **Are there additional subjects that the parties would propose to add to this form?**

    Yes ☐ No ■

DATED this 28th Day of October 2020.

    LAW OFFICES OF ISAAC D. ZOREA

    By: /s/ Isaac D. Zorea
        Isaac D. Zorea
        P.O. Box 210434
        Anchorage, AK 99521
        Telephone: 907-830-1385
        Facsimile: 800-536-1071
        Eyedz@gci.net
    Attorney for Plaintiff Colin Meglitsch

PERKINS COIE LLP


By: /s/ Danielle Ryman
　　　Danielle Ryman
　　　PERKINS COIE LLP
　　　1029 West Third Avenue, Suite 300
　　　Anchorage, AK 99501-1981
　　　Telephone: (907) 279-8561
　　　Facsimile: (907) 276-3108
　　　DRyman@perkinscoie.com

Attorneys for Defendant
Southcentral Foundation