# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| COLIN GRAHAM MEGLITSCH, <br> *Plaintiff* <br> v. <br> SOUTHCENTRAL FOUNDATION, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:20-cv-0190-HRH <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT plaintiff's complaint is DISMISSED with prejudice.

APPROVED:

**s/H. Russel Holland**
H. Russel Holland
United States District Judge

Date: November 16, 2022

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*