Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 644-2802
(800) 536-1071 facsimile
E-mail: Eyedz@gci.net

In The United States District Court
For The District Of Alaska

| | |
|---|---|
| Colin Graham Meglitsch, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>Southcentral Foundation, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:20-cv-0190-HRH |

### Notice of Appeal

Notice is hereby given that Colin Graham Meglitsch, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit.

This case was first filed in U.S. District Court on August 5, 2020 (Dkt. 1). This is an appeal of an Order granting Defendant's Motion for Summary Judgment, submitted November 15, 2022 (Dkt. 38). A final judgment was entered in this action on the 16th day of November 2022.

Colin Graham Meglitsch is the sole appellant in this case. She is represented by her legal counsel, Isaac Derek Zorea.

Notice of Appeal: Meglitsch v. South Central Foundation.          Page - 1 -

Dated this 12th day of December 2022.

S/ Isaac Zorea  
Law Offices of Isaac D Zorea  
Counsel for Emily Roseberry  
P.O. Box 210434  
Anchorage, AK 99521  
Telephone: (907) 830-1385  
Facsimile: (800) 536-1071  
E-mail: Eyedz@gci.net  

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December 2022, a true and correct copy of the forgoing document was filed with the Court using the Court's CM/ECF system and was served upon the follow attorney of record via ECF notification:

Danielle Ryman  
Perkins Coie, LLP  
Dryman@Perkinscoie.com  
1029 W. Third Avenue, Suite 300  
Anchorage, AK 99501  

   By: S/ Isaac Zorea  
      ABA No. 0011090  
      Law Offices of Isaac D Zorea  
      P.O. Box 210434  
      Anchorage, AK 99521  
      907-830-1385  
      800-536-1071  
      Eyedz@gci.net