| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 31 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

COLIN GRAHAM MEGLITSCH,

    Plaintiff-Appellant,

  v.

SOUTHCENTRAL FOUNDATION,

    Defendant-Appellee.

No.  22-36024

D.C. No. 3:20-cv-00190-HRH
District of Alaska,
Anchorage

ORDER

Pursuant to the parties' stipulated motion (Docket Entry No. 11), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                      FOR THE COURT:

                      By: Jonathan Westen
                      Circuit Mediator